# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan Street, Suite 110
Fayetteville, NC 28301-5730
910-354-2537
Fax: 910-483-2690

**DATE:** April 24, 2017

**FROM:** Eddie J. Smith
Supervising U.S. Probation Officer

**SUBJECT:** **HARRINGTON, Robert Lewis**
**Case No.: 5:09-CR-74-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On August 26, 2009, pursuant to a guilty plea to Conspiracy to Distribute a Quantity of Cocaine and More Than 50 Grams of Cocaine Base (Crack), Robert Lewis Harrington appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 50 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on October 5, 2012, and his term of supervision began in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since April 2016. His term of supervision is set to expire on October 4, 2017.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and had no objection to this recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  6-12-17
Terrence W. Boyle                Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                  **Crim. No. 5:09-CR-74-1BO**

**ROBERT LEWIS HARRINGTON**

On October 5, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer  
150 Rowan Street, Suite 110  
Fayetteville, NC 28301-5730  
Phone: 910-354-2537  
Executed On: May 3, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _12_ day of _June_, 2017.

Terrence W. Boyle  
U.S. District Judge